UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORREY VON ZENON,

          Plaintiff,

    v.

YOUNG,

          Defendant.

Case No. 20-cv-01132-JSC

**ORDER OF TRANSFER**

This case was transferred to this Court from the United States Court for the Eastern District of California in error, where venue is proper. By order of a judge in the Sacramento Division of the Eastern District, the case was to be transferred to the Fresno Division. (ECF No. 1(2).) Accordingly, this case is hereby TRANSFERRED to the Fresno Division of the United States Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 15, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORREY VON ZENON,

    Plaintiff,

  v.

YOUNG,

    Defendant.

Case No.  20-cv-01132-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Torrey Von Zenon ID: 24293-045
Federal Correctional Institute
FCI-Mendota
P.O. Box 9
Mendota, CA 93640

Dated: April 15, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2